with whom *Mr. Peter H. Holme* and *Mr. Tison S. Dines* were on the brief, for defendants in error.

---

No. 734. PLUTO OIL & GAS COMPANY ET AL. *v.* H. C. MILLER. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Petition for certiorari denied. *Mr. L. O. Lyle, Mr. W. V. Pryor,* and *Mr. D. A. McDougal,* for defendant in error, in support of the motion. *Mr. Henry B. Martin* and *Mr. B. B. Blakeney* appeared for plaintiffs in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THE LEHIGH VALLEY RAILROAD COMPANY, PETITIONER. (Action No. 1.) Submitted May 5, 1924. Decided May 12, 1924. Motion for leave to file a petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. Charles A. Boston* and *Mr. Lindley M. Garrison* for petitioner.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THE LEHIGH VALLEY RAILROAD COMPANY, PETITIONER. (Action No. 2.) Submitted May 5, 1924. Decided May 12, 1924. Motion for leave to file a petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. Charles A. Boston* and *Mr. Lindley M. Garrison* for petitioner.

---

No. 15, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. In Equity. May 12, 1924. Order entered allowing compensation to receiver and counsel.